IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KAREN R. DUKE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:08-CV-637-A |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Came on for consideration the above-captioned action wherein Karen R. Duke is plaintiff and Michael J. Astrue, Commissioner of Social Security, is defendant. This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for supplemental security income benefits under Title XVI of the Social Security Act. On June 10, 2009, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until July 1, 2009, in which to file and serve objections. Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.

Therefore,

The court ORDERS that the decision of defendant that plaintiff was not entitled to supplemental security income benefits under Title XVI of the Social Security Act be, and is hereby, affirmed.

SIGNED July 2, 2009.

_____
JOHN McBRYDE
United States District Judge